IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD JACKSON, JR.,<br><br>    Petitioner,<br><br>v.<br><br>F. FOULK, Warden,<br><br>    Respondent. | No. C 13-05407 SBA (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO MOTION TO DISMISS** |

    Petitioner has filed a request for an extension of time in which to file his opposition to Respondent's Motion to Dismiss. Having read and considered Petitioner's request, and good cause appearing,

    IT IS HEREBY ORDERED that Petitioner's request for an extension of time is GRANTED. The time in which Petitioner may file his opposition to Respondent's Motion to Dismiss will be extended up to and including **twenty-eight (28) days** from the date of this Order.

    Respondent shall file a reply brief no later than **fourteen (14) days** after the date Petitioner's opposition is filed.

    This Order terminates Docket no. 17.

    IT IS SO ORDERED.

DATED: 8/27/2014

SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.13\Jackson5407.grantEOT-oppn.frm