UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD L. JACKSON,<br><br>      Petitioner,<br><br>  v.<br><br>F. FOULK, Warden,<br><br>      Respondent. | Case No. 13-cv-05407-SBA (PR)<br><br>**ORDER GRANTING REQUEST FOR SECOND EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO MOTION TO DISMISS**<br><br>(Dkt. 19) |

    Petitioner has filed a request for a second extension of time in which to file his opposition to Respondent's Motion to Dismiss. Having read and considered Petitioner's request, and good cause appearing,

    IT IS HEREBY ORDERED that Petitioner's request for a second extension of time is GRANTED. The time in which Petitioner may file his opposition to Respondent's Motion to Dismiss will be extended up to and including **twenty-eight (28) days** from the date of this Order.

    Respondent shall file a reply brief no later than **fourteen (14) days** after the date Petitioner's opposition is filed.

    This Order terminates Docket No. 19.

    IT IS SO ORDERED.

Dated: September 25, 2014

_____
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.13\Jackson5407.grant2ndEOT.MTD.docx