UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD L. JACKSON,<br><br>        Petitioner,<br><br>   v.<br><br>F. FOULK,<br><br>        Respondent. | Case No.  13-cv-05407-SBA (PR)<br><br>**ORDER DENYING PETITIONER'S REQUEST FOR LEAVE TO FILE A SUR-REPLY**<br><br>Dkt. 24 |

Before the Court is Petitioner's motion for an extension of time to file a response to Respondent's reply in support of his motion to dismiss for failure to exhaust state remedies.  Dkt. 24.  Since the Local Rules do not permit the filing of a response to a reply, see Civ. L.R. 7-3(d), the Court liberally construes Petitioner's motion as a request for leave to file a surreply.  However, Petitioner has not shown, nor is there any indication in the record, that a surreply is either necessary or appropriate.  Accordingly, Petitioner's request is DENIED.

    IT IS SO ORDERED.

Dated: 12/3/14

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.13\Jackson5407.denySUR-REPLY.docx