# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD L. JACKSON,<br>　　　　Petitioner,<br>　v.<br>NEIL MCDOWELL, Acting Warden,<br>　　　　Respondent. | Case No. 13-cv-05407-SBA (PR)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE** |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for an extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by **February 12, 2016.**

This Order terminates Docket No. 35.

IT IS SO ORDERED.

Dated: 12/4/15

　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　Senior United States District Judge

P:\PRO-SE\SBA\HC.13\Jackson5407.grantEOT.traverse.docx